IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN HALLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-1449 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| WEST PENN ALLEGHENY HEALTH SYSTEM INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Consistent with Plaintiff's Acceptance (**Doc. 71**) of Defendants' Offer of Judgment, IT IS HEREBY ORDERED that **JUDGMENT** is entered, in favor of Plaintiff and against only Defendant West Penn Allegheny Health System, Inc., in the in the total, gross amount of $2,392.00, for back pay and liquidated damages.  The other conditions of disbursement, listed in the Offer of Judgment, are made part of this Order.  Costs and reasonable attorneys' fees necessarily incurred as of the date and time of the Offer of Judgment also are awarded, in an amount to be agreed upon by the parties, and, if the parties cannot agree, the issue will be decided by the Court.  The claims against all remaining Defendants are **DISMISSED WITH PREJUDICE**.

In light of this entry of Judgment, the Post-Discovery Status/Settlement Conference scheduled for July 28, 2015 at 10:00 a.m. is **CANCELLED**.  Additionally, this case hereby is **ADMINISTRATIVELY CLOSED**.  Administrative closings comprise a familiar way in which courts remove cases from their active files.  Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 127 (3d Cir. 2004) (citation and internal quotations omitted).  Administrative closure is a docket

control device used by the Court for statistical purposes, and it does not prejudice the rights of the parties.  <u>Honig v. Comcast of Georgia I, LLC</u>, 537 F. Supp.2d 1277, 1290 n.8 (N.D. Ga. 2008).

 IT IS SO ORDERED.


July 27, 2015                <u>s\Cathy Bissoon</u>
                      Cathy Bissoon
                      United States District Judge

cc (via ECF email notification):

All counsel of record