| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF PENNSYLVANIA | |
| STEVEN HALLE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>WEST PENN ALLEGHENY HEALTH SYSTEM, INC., *et al.*,<br><br>*Defendants.* | Civil Action No.13-cv-1449<br>Judge Cathy Bissoon<br>To Be Electronically Filed |

## NOTICE OF APPEAL

Notice is hereby given that Senora Tarpley, KatieJo Bigenho, and Wayne Haber ("Appellants"), opt-in plaintiffs in the above-listed action, hereby appeal on their own behalf and also on behalf of all other opt-in plaintiffs whose claims were dismissed, to the United States Court of Appeals for the Third Circuit from the order dated November 6, 2014, dismissing the collective action allegations with prejudice, and dismissing Appellants' claims from this action without prejudice to filing individual actions only (Doc. No. 53), which became a final appealable order by virtue of the order dated July 27, 2015, entering final judgment (Doc. No. 72). Appellants appeal each and every part of the above-named orders.

Dated: August 26, 2015.

THOMAS & SOLOMON LLP

By: s/ J. Nelson Thomas
    J. Nelson Thomas, Esq. (PA#209852)
    Jared K. Cook
     *Attorneys for Plaintiffs*
    693 East Avenue
    Rochester, New York 14607
    Telephone: (585) 272-0540
    nthomas@theemploymentattorneys.com
    jcook@theemploymentattorneys.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, the foregoing accepted offer of judgment was served by U.S. Mail upon the defendants' counsel of record, including the following:

David S. Fryman
Alexandra Bak-Boychuk
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103