UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3089
_____

STEVEN HALLE, on behalf of himself and all others similarly situated

v.

WEST PENN ALLEGHENY HEALTH SYSTEM INC;
WESTERN PENNSYLVANIA HEALTHCARE SYSTEM INC;
ALLE KISKI MEDICAL CENTER;
ALLEGHENY GENERAL HOSPITAL;
ALLEGHENY GENERAL HOSPITAL SUBURBAN CAMPUS;
WESTERN PENNSYLVANIA HOSPITAL;
WESTERN PENNSYLVANIA HOSPITAL FORBES
REGIONAL CAMPUS; ALLEGHENY MEDICAL PRACTICE NETWORK;
ALLEGHENY SPECIALTY PRACTICE NETWORK;
WEST PENN PHYSICIAN PRACTICE NETWORK;
ALLEGHENY SINGER RESEARCH INSTITUTE;
HIGHMARK INC; ALLEGHENY HEALTH NETWORK;
JOHN W. PAUL; BART METZGER; CHRISTOPHER T. OLIVIA;
JOHN LASKY;
CANONSBURG GENERAL HOSPITAL


SENORA TARPLEY; KATIEJO BIGENHO; WAYNE HABER,
on their own behalf and on behalf of all other opt-in plaintiffs,
Appellants

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Court. No. 2-13-cv-01449
District Judge: The Honorable Cathy Bissoon
_____

Argued September 28, 2016

BEFORE: AMBRO, SMITH,[*] and FISHER, *Circuit Judges*
_____

JUDGMENT
_____

This cause came on to be considered on the record on appeal from the United States District Court for the Western District of Pennsylvania and was argued on September 28, 2016.  On consideration whereof, it is hereby

ORDERED and ADJUDGED that the appeal is dismissed for lack of jurisdiction. The parties will bear their own costs.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
 Clerk

DATED:   November 18, 2016.

**Certified as a true copy and issued in lieu of a formal mandate on**   12/12/16

**Teste:**  *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

---

[*] Honorable D. Brooks Smith, United States Circuit Judge for the Third Circuit, assumed Chief Judge status on October 1, 2016.